**Order entered January 8, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01456-CV

## IN RE ARTIS GRANVILLE, Relator

**Original Proceeding from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-05058-C**

## ORDER
Before Justices Myers, Molberg, and Nowell

Based on the Court's opinion of this date, we **DENY** relator's November 26, 2019 petition for writ of habeas corpus.


/s/      LANA MYERS
       JUSTICE